UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-13769 |
| Loretta Mason | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER comes before the Court upon the Motion to Modify Plan, filed by Debtor.

IT IS HEREBY ORDERED that:
1. The confirmed plan, filed as docket no. 30, is modified as follows:
a. Monthly plan payments will be reduced to $576 from $939, beginning with the payment due in April 2021; and
b. The plan duration is extended to 84 months, pursuant to the CARES Act.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  March 16, 2021

**Prepared by:**

Michael N. Oreluk
ERWIN LAW, LLC
4043 N. Ravenswood
Suite 208
Chicago, IL 60613
T: (773) 525-0153
F: (773) 525-0154
moreluk@erwinlawfirm.com