UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-13769
Loretta Mason )
) Chapter: 13
) Honorable Carol A. Doyle
)
)
Debtor(s) )

## ORDER MODIFYING PLAN

THIS MATTER comes before the Court upon the Motion to Modify Plan,

IT IS HEREBY ORDERED that the motion is granted as follows:

1. The confirmed plan, filed as docket no. 30, shall be modified as follows:
a. Gan C, LLC is substituted with Cook County Treasurer in Section 3.2 of the Confirmed Plan.
2. The Chapter 13 Trustee shall make no further payments to Gan C, LLC. The Chapter 13 Trustee shall pay the Cook County Treasurer in the amount of $21,625.82 at 18% interest with monthly payments of $549.15 per month.
3. Nothing in this Order shall require the Chapter 13 Trustee to perform collections pursuant to any prior plan.
4. The Chapter 13 Trustee is authorized to disburse funds held in reserve for the Gan C, LLC to the Cook County Treasurer.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: March 16, 2021

**Prepared by:**

Michael N. Oreluk
ERWIN LAW, LLC
4043 N. Ravenswood
Suite 208
Chicago, IL 60613
T: (773) 525-0153
F: (773) 525-0154
moreluk@erwinlawfirm.com